UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| REBECCA HARPER, AMY CLARE OSEROFF, DONALD RUMPH, JOHN BALLA, RICHARD R. CREWS, LILY NICOLE QUICK, GETTYS COHEN, JR., SHAWN RUSH, JACKSON THOMAS DUNN, MARK S. PETERS, JOSEPH THOMAS GATES, KATHLEEN BARNES, VIRGINIA WALTERS BRIEN, and DAVID DWIGHT BROWN<br>               Plaintiffs,<br><br>v.<br><br>DAVID R. LEWIS, *Representative, in his official capacity as Sr. Chair of the House Select Committee on Redistricting,* RALPH HISE, *in his official capacity as Co-Chair of the Senate Committee on Redistricting,* WARREN DANIEL, *in his official capacity as Co-Chair of the Senate Standing Committee on Redistricting,* PAUL NEWTON*, in his official capacity as Co-Chair of the Senate Standing Committee on Redistricting*, TIMOTHY K. MOORE, *Speaker of the NC House of Representatives,* PHILIP E. BERGER, *President Pro Tempore of the NC Senate,* THE NORTH CAROLINA STATE BOARD OF ELECTIONS, DAMON CIRCOSTA, *in his official capacity as Chairman of the NC State Board of Elections,* STELLA ANDERSON, *in her official capacity as Secretary of the NC Board of Elections,* KENNETH RAYMOND, *in his official capacity as Member of the NC State Board of Elections*, DAVID C. BLACK, *in official capacity as Member of the NC State Board of Elections* and JEFF CARMON, *in his official capacity as Member of the NC State Board of Elections*<br>               Defendants. | **JUDGMENT**<br><br>No. 5:19-CV-452-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, upon consideration of plaintiffs' motion to remand.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered October 22, 2019, more particularly described therein, that plaintiffs' motion to remand is granted and that this case is remanded to Wake County Superior Court, North Carolina for further proceedings.

**This Judgment Filed and Entered on October 22, 2019, and Copies To:**
Narendra K. Ghosh / Daniel F. Jacobson / Elisabeth S. Theodore / Robert S. Jones (via CM/ECF Notice of Electronic Notification)
Phillip J. Strach / Alyssa Riggins / Michael Douglas McKnight / Thomas A. Farr (via CM/ECF Notice of Electronic Notification)
The Honorable Frank Williams (via U.S. Mail at Wake County Clerk of Superior Court,
P. O. Box 351, Raleigh, NC 27602)

October 22, 2019                 PETER A. MOORE, JR., CLERK
                                           /s/ Sandra K. Collins
                                           (By) Sandra K. Collins, Deputy Clerk